# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mushebaig Jehangirbaig Mirza, | No. CIV 10-0617-PHX-DGC (DKD) |
| Petitioner, | |
| vs. | **REPORT AND RECOMMENDATION** |
| Katrina Kane, | |
| Respondent. | |

TO THE HONORABLE DAVID G. CAMPBELL, UNITED STATES DISTRICT JUDGE:

Mushebaig Jehangirbaig Mirza filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on March 19, 2010, alleging that immigration officials are holding him in detention pending his removal to India. Mirza argues that he is entitled to release from custody because his detention with no prospect that his removal will be effected in the reasonably foreseeable future is not authorized by law. *See Zadvydas v. Davis*, 533 U.S. 678 (2001). On May 26, 2010, the government filed a Suggestion of Mootness, notifying the Court that Mirza had been released from custody on an Order of Supervision on March 25, 2010. *See* Doc. #5.

**IT IS THEREFORE RECOMMENDED** that Mushebaig Jehangirbaig Mirza's petition for writ of habeas corpus be **dismissed as moot** (Doc. #1).

This recommendation is not an order that is immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of Appellate Procedure, should not be filed until entry of the district court's judgment. The

parties shall have fourteen days from the date of service of a copy of this recommendation within which to file specific written objections with the Court. *See*, 28 U.S.C. § 636(b)(1); Rules 72, 6(a), 6(b), Federal Rules of Civil Procedure. Thereafter, the parties have seven days within which to file a response to the objections. Failure timely to file objections to the Magistrate Judge's Report and Recommendation may result in the acceptance of the Report and Recommendation by the district court without further review. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Failure timely to file objections to any factual determinations of the Magistrate Judge will be considered a waiver of a party's right to appellate review of the findings of fact in an order or judgment entered pursuant to the Magistrate Judge's recommendation. *See* Rule 72, Federal Rules of Civil Procedure.

DATED this 26th day of May, 2010.

_____
David K. Duncan
United States Magistrate Judge