**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mushebaig Jehangirbaig Mirza, | No. CV10-0617-PHX-DGC (DKD) |
| Petitioner, | **ORDER** |
| v. | |
| Katrina Kane, | |
| Respondent. | |

Petitioner Mushebaig Jehangirbaig Mirza has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Dkt. #1. United States Magistrate Judge David K. Duncan has issued a report and recommendation ("R&R") recommending that the petition be dismissed as moot. Dkt. #6. On May 26, 2010, the government filed a Suggestion of Mootness, notifying the Court that Mirza had been released from custody on an Order of Supervision on March 25, 2010 (Dkt. #5). No objection has been filed, which relieves the Court of its obligation to review the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). The Court will accept the R&R and dismiss the petition as moot.

**IT IS ORDERED:**

1. The R&R (Dkt. #6) is **accepted**.
2. The petition for writ of habeas corpus (Dkt. #1) is **dismissed as moot**.
3. A certificate of appealability and leave to proceed *in forma pauperis* on appeal are **denied**

1     4.     The Clerk is directed to **terminate** this action.

2     DATED this 11th day of June, 2010.

*David G. Campbell*
United States District Judge